IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAYDHEALTH, LLC,** | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-259 |
| | : | |
| **DAWN G. HOLCOMBE, doing business as DGH Consulting,** | : | |
| | : | |
| *Defendant.* | : | |

**ORDER**

**AND NOW**, this **4th** day of **November 2025**, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 93), Plaintiff's Response (ECF No. 97), Defendant's Reply (ECF No. 103), and the record before the Court, Defendant's Motion (ECF No. 93) is **GRANTED**. Plaintiff's Motion to Exclude (ECF No. 92) and Plaintiff's Motion for Partial Summary Judgment (ECF No. 94) are **DENIED** as moot.

The Clerk of Court is hereby directed to **CLOSE** this case.

BY THE COURT:

/s/ Chad F. Kenney

_____
**CHAD F. KENNEY, JUDGE**